1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SUSAN CLOSSON and CHARLES R. CLOSSON,

            Plaintiffs,

v.

BANK OF AMERICA, N.A., et al.,

            Defendants.

2:11-CV-275 JCM (GWF)

**ORDER**

      Presently before the court is the matter of *Closson v. Bank of America, et al.* case no. 2:11-cv-00275-JCM-PAL.  Trial is scheduled to begin in this case on June 4, 2012.  In anticipation of trial, the parties filed several motions in limine.  *See* Docs. #32-39.

      The court currently has several cases that were filed prior to the instant matter scheduled to go to trial on June 4, 2012 and anticipates that it will be in trial for the entire month of June.  Furthermore, the court has trials scheduled from July through October.  Each of these cases were filed approximately two years prior to the instant matter.  The earliest date the court can hear the instant matter is at the end of October and the court will therefore continue the trial until October.

      In light of the continuance, and the court's use of in limine rulings to manage the course of trials, *see Luce v. United States*, 469 U.S. 38, 41 n.4 (1984), the court finds it appropriate to deny the present motions as moot at this time.  The parties may refile these motions as the time for trial draws nearer and the court has a better view of the evidentiary and legal issues to be tried.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the trial currently scheduled to begin June 4, 2012, be, and the same hereby is, vacated and continued to October 29, 2012 at 9:00am in Courtroom 6A.

IT IS FURTHER ORDERED that the calendar call currently scheduled for May 30, 2012, be, and the same hereby is, vacated and continued to October 25, 2012 at 1:30pm in Courtroom 6A.

IT IS FURTHER ORDERED that the motions in limine filed in anticipation of trial (docs. #32-39) be, and the same hereby are, DENIED as moot.

DATED May 29, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -