ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
Akerman Senterfitt LLP
1160 Town Center Drive, Ste. 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Bank of America, N.A.
as itself and as successor by merger to BAC Home
Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN CLOSSON and CHARLES R. CLOSSON,<br><br>Plaintiffs<br><br>vs.<br><br>BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; JILL WOSNAK and DOES 1-20,<br><br>Defendants. | Case No.: 2:11-CV-00275-JCM-GWF<br><br>**JUDGMENT IN A CIVIL CASE** |

The court held a trial by jury in this action on January 7 and 8, 2013.  A jury of eight persons was regularly empanelled on January 7, 2013.  Plaintiffs Susan and Charles Closson, and defendant Bank of America, N.A. (for itself and as successor by merger to BAC Home Loans Servicing, LP), presented evidence through documents the court admitted and witnesses who testified.  After hearing the evidence, jury instructions, and arguments by the parties' attorneys, the jury returned its verdict on January 8, 2013.  The jury's verdict was unanimously in favor of Bank of America.  The plaintiffs declined to poll the jury.  Pursuant to its verdict, the jury found the Clossons failed to prove by a preponderance of the evidence that Bank of America committed a breach of contract or a breach of the implied covenant of good faith and fair dealing.

{25541696;1}                                                              1

The court therefore **ORDERS AND ADJUDGES** that **(1)** Susan and Charles Closson recover nothing in this action, **(2)** judgment is entered in favor of Bank of America, for itself and as successor by merger to BAC Home Loans Servicing, LP, and against Susan and Charles Closson, and **(3)** Bank of America may seek recovery of its attorneys' fees and costs as provided by law and the rules of this court.

DATED January 15, 2013.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**AKERMAN SENTERFITT, LLP**

/s/ Ariel E. Stern
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
Akerman Senterfitt LLP
1160 Town Center Drive, Ste. 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America, N.A.*
*as itself and as successor by merger to BAC Home*
*Loans Servicing, LP*